**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ELMER ALEXANDER LEIVA-DE
LEON,

                Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

                Respondent.

No. 11-70282

Agency No. A095-120-777

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

    Elmer Alexander Leiva-De Leon, a native and citizen of Guatemala,

petitions for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's decision denying his motion to

--------

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

reopen removal proceedings conducted in absentia.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Leiva-De Leon's sole contention, regarding the practicability of personal service, because it was not exhausted before the agency.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

Leiva-De Leon has waived any challenge to the BIA's determinations regarding delivery of his hearing notice and changed country conditions.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**